# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 15-5003** **September Term, 2014**

**1:14-cv-00969-ABJ**

**Filed On:** May 22, 2015

Prisology,

Appellant

v.

Federal Bureau of Prisons,

Appellee

**BEFORE:** Griffith, Srinivasan, and Pillard, Circuit Judges

**O R D E R**

Upon consideration of the motion for summary affirmance and the opposition thereto, it is

**ORDERED** that the motion be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**Per Curiam**